AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

241 14th Place, N.E.
Washington, D.C. 20002


FILED
DEC 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 05 - 677M - 01

(Further described below)

I ___James M. Smith___ being duly sworn depose and say:

I am a(n) ___United States Postal Inspector with the United States Postal Inspection Service___ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
241 14th Place, N.E.
Washington, D.C. 20002; Two story above ground brick structure. The brick is painted grey. Entrance has a black rod iron security storm door with a white exterior door behind it. To left of the front entrance the numbers "241" are affixed to the structure on a brown frame.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
As more fully described in Attachment A of Affidavit.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

concerning a violation of Title __18__ United States Code, Section(s) __§ 1341__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

_Anthony Alexis_
Anthony Alexis
FMC/4826
(202) 514-9416

X _JM Smith_
Signature of Affiant
James M. Smith, United States Postal Inspector
United States Postal Inspection Service

Sworn to before me, and subscribed in my presence
DEC 3 0 2005

Date JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

_John M Facciola_
Signature of Judicial Officer