AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

241 14th Place, N.E.
Washington, D.C. 20002

**SEARCH WARRANT**

CASE NUMBER: 05 - 677M - 01

TO: __James M. Smith__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __United States Postal Inspector James M. Smith__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

241 14th Place, N.E.
Washington, D.C. 20002
Two story above ground brick structure. The brick is painted grey. Entrance has a black rod iron security storm door with a white exterior door behind it. To left of the front entrance the numbers "241" are affixed to the structure on a brown frame.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

As more fully described in Attachment A of Affidavit.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __January 10, 2006__
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

DEC 3 0 2005

Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

*/s/ John M. Facciola*
Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Withdrawn /JM/

**FILED**

JAN 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____    1/5/06
U.S. Judge or U.S. Magistrate Judge            Date